KOKJER, PIEROTTI, MAIOCCO
& DUCK, LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re SWIFT INSTRUMENTS, INC.           )   Case No. 06-50896 CN
                                        )   Chapter 7
                                        )
                Debtor                  )
_____    )

2nd AND FINAL APPLICATION FOR INTERIM COMPENSATION BY ACCOUNTANT FOR

TRUSTEE

TO:     THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT.

        The application of Richard Pierotti, Certified Public Accountant respectfully represents:

        Applicant is a partnership of certified public accountants, duly authorized to practice in the

State of California.

        Pursuant to order of the Court, Applicant was employed as accountant for Carol W. Wu,

Trustee, in the above-entitled case. A copy of the court's order is attached.

        This application seeks compensation for the period November 2, 2011 through January 4,

2013.  Applicant has prayed for prior compensation in the amount of $46,984.00 in fees and

$1,523.68 in expenses for the period November 29, 2007 through November 1, 2011.

*Fee Application*                                                                        1

<u>REQUEST FOR COMPENSATION</u>

Applicant has spent 10.10 total hours of the time of accountants and associate employees performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages for the 15 month period from November 2, 2011 through January 4, 2013.

Applicant spent a total of 0.30 in the preparation of this fee application, which resulted in related fees of $117.00. These fees reflect 4.96 percent of the total fees requested.

Applicant respectfully submits that the sum of $2,357.00 in fees and $131.92 in expenses constitutes reasonable compensation for his services rendered to the Trustee during this period of time, based on Applicant's generally applicable rates at the time services were rendered. Applicant requests that this sum be authorized for payment in full at this time. A summary of the employment history of applicant's principals and employees rendering service on this case is attached.

Any conference time billed to the estate was not for the training or the educating of Applicant's staff. Applicant represents that any conference time billed to the estate for meetings, discussions, or consultations between one or more professionals was, in Applicant's judgement, the most economic, efficient and effective method of administering its duties. Applicant further represents that it rendered timely, extensive and thorough services in accordance with the requirements of the case to enable prompt administration.

No agreement has been made by any member of Applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons except as among the principals of Applicant. Applicant has not entered into any agreements, written or oral, expressed or implied, with any other party in interest in the above-

*Fee Application*                                                                                      2

Case: 06-50896    Doc# 365    Filed: 01/07/13    Entered: 01/07/13 14:25:49    Page 2 of
21

entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named Debtor.

CERTIFICATION

I, declare as follows:

1.      That I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Carol W. Wu, the Trustee in the above Chapter 7 proceeding.

2.      That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief.  The copies of the billing statements are true and correct copies of the Firm's billing statements for this case.

3.      That the firm has not been paid or promised any compensation from any other source for services rendered in connection with this case.

4.      That the firm has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5.      That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

6.      That this application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

*Fee Application*                                                                                                          3

1   7.    That the compensation and expenses sought herein were billed at rates no less favorable

2   than those customarily billed by applicant and generally accepted by the applicant's clients. All non-

3   copy expenses are billed at actual cost.  Copies are billed at 20 cents per page.

4       I declare under penalty of perjury that the foregoing is true and correct and that this

5   certification was executed this 4th day of January, 2013, at San Francisco, California.

8                                         KOKJER, PIEROTTI, MAIOCCO & DUCK, LLP

9                                   By: /s/ Richard Pierotti
10                                       Accountant for Carol W. Wu, Trustee

*Fee Application*                                                                 4

<u>DESCRIPTION OF SERVICES</u>

Attached hereto as Exhibit A is a detailed statement of Applicant's accounting services on behalf of the Trustee during the period of this application. The following narrative description is not intended to be all-inclusive, but reflects only the major points of the representation.

Applicant was employed as Accountant to perform accounting on an as needed basis and in an effort to comply with the Guidelines, Applicant has tracked his time in the following categories.

1) Case Administration

2) Corporate Tax Preparation 2011 and 2012

**CASE ADMINISTRATION**

Included in this category is Applicant's telephonic appearance at the hearing for the first interim fee application and the time related to preparation of this fee application. The fees requested for preparation of this fee application represent 4.96% of the total fees requested.

**CORPORATE TAX PREPARATION 2011 AND 2012**

During the period covered by this Application, Applicant prepared 2011 and 2012 Federal and California corporate income tax returns. Lesser billing staff members were instructed in tax preparation. The Trustee's Form 2 transactions were summarized into tax categories to prepare the returns. The tax returns were reviewed and disclosure notes were drafted upon completion of the tax returns. Applications for Prompt Determination were prepared for the tax returns pursuant to Bankruptcy Code Section 505(b)(2).

*Fee Application*                                                                                        5

<u>DECLARATION</u>

I, Richard Pierotti, declare:

     1.  I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Carol W. Wu, the Trustee in the above Chapter 7 proceeding.

     2.  I have prepared the 2nd and final application for compensation for Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, and I declare that the information therein is true and correct, and is based upon my personal knowledge of the case.

     3.  I have sent the Trustee a copy of this Fee Application at least 21 days prior to the hearing.

     I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

     Executed this 4th day of January, 2013, in the City and County of San Francisco, State of California.

*Fee Application*                                                                                                                                              6

## CONCLUSION

WHEREFORE, Applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to Applicant the sum of $2,357.00 in fees and $131.92 in expenses as compensation for services rendered to the Trustee, and for such further and other order as may be just and proper in the premises.

Dated: <u>January 4, 2013</u>

                                    KOKJER, PIEROTTI, MAIOCCO & DUCK, LLP

                                    By: <u>/s/ Richard Pierotti</u>
                                         Accountant for Carol W. Wu, Trustee

*Fee Application*                                                                                  7

## TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION

(U.S. Trustee Guidelines, paragraph 2.2.2)

I, Carol W. Wu, Trustee, hereby certify that I have read the foregoing fee application of Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, accountant's for me as Trustee in the foregoing bankruptcy case of Swift Instruments, Inc., and I have no objections to that fee application or the fees and costs requested therein.

Dated: <u>January 7, 2013</u>                    /s/ Carol W. Wu
                                                Wu8455/San Jose
                                                Chapter 7 Trustee

*Fee Application*                                                      8

Entered on Docket
**December 04, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  KOKJER, PIEROTTI, MAIOCCO
&amp; DUCK, LLP
2  CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
3  Charles Duck, Jr. #40743
351 California Street, Suite 300
4  San Francisco, California 94104
Telephone: (415) 981-4224
5  E-Mail: rpierotti@kpmd.com

6  Accountants for Trustee,
CAROL W. WU
7

**The following constitutes
the order of the court. Signed December 04, 2007**

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

8
9              UNITED STATES BANKRUPTCY COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  In re SWIFT INSTRUMENTS, INC.          ) Case No. 06-50896 MM
                                           ) Chapter 7
12                                         )
         Debtor                            ) [Hearing Not Required]
13  _____        )

14        **ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**

15              **Kokjer, Pierotti, Maiocco &amp; Duck LLP,**
16                  **Certified Public Accountants**

17          Upon the Application of Carol W. Wu, Trustee in Bankruptcy, and it appearing that

18  Kokjer, Pierotti, Maiocco &amp; Duck LLP, Certified Public Accountants, are well-qualified to perform

19  accounting services required by the Trustee in this Chapter 7 case, that employment of proposed

20  accountants will be in the best interest of the estate, that proposed accountants represent no interest

21  adverse to the estate, and that notice and a hearing are not necessary in connection with the Application;

22  it is

23          ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti,

24  Maiocco &amp; Duck LLP, Certified Public Accountants, as her accountant herein to perform accounting

25  services on a general basis, and specifically for services to be rendered to advise the Trustee regarding

26  the preparation of the bankruptcy estate's tax returns.

27

28  *ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*                                    1

1    IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public

2    Accountants and professionally licensed principals and employees of his firm be empowered to act, for

3    and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the

4    Internal Revenue Service and the California Franchise Tax Board, to receive confidential information,

5    to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the

6    trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise

7    during the administration of the estate.

8

9

10                              **END OF ORDER**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*                                    2

COURT SERVICE LIST

1

2

3   Office of the U.S. Trustee
4   280 So. First Street, Suite 268
    San Jose, CA 95113
5
    Carol W. Wu, Trustee
6   25 Crescent Drive #413
7   Pleasant Hill, CA 94523

8   Kevin Coleman, Esquire
9   Schnader Harrison Segal and Lewis LLP
    One Montgomery Street #2200
10  San Francisco, CA 94104

11  Aron M. Oliner, Esquire
    Law Offices of Duane Morris
12  1 Market Street
13  Spear Tower #2000
    San Francisco, CA 94105-3104
14
    Janice M. Murray, Esquire
15  Law Offices of Murray & Murray
16  19400 Stevens Creek Blvd. #200
    Cupertino, CA 95014-2548
17
    Kokjer, Pierotti, Maiocco & Duck LLP
18  351 California Street, Suite 300
19  San Francisco, CA 94104

20

21

22

23

24

25

26

27

28
    *ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*                    3

BANKRUPTCY ESTATE OF SWIFT INSTRUMENTS, INC.

Summary of Professionals/Para-Professionals Qualifications Employed By Applicant

**Richard Pierotti, Certified Public Accountant, Certified Insolvency & Restructuring Advisor, Certified in Financial Forensics, Partner**

> Employment History

> Kokjer, Pierotti, Maiocco, & Duck LLP
> Certified Public Accountants
>     Position:   Partner
>     Dates:       January, 1998 to Present

> Bailey, Kokjer & Berry
> Certified Public Accountants
>     Position:   Partner
>     Dates:       February, 1987 to December, 1997

> Bailey, Kokjer & Berry
> Certified Public Accountants
>     Position:   Senior Staff Accountant
>     Dates:       September, 1984 to January, 1987

**Bang Zhu, Certified Public Accountant**

> Employment History

> Kokjer, Pierotti, Maiocco, & Duck LLP
> Certified Public Accountants
>     Position:   Senior Accountant
>     Dates:       January, 2003 to Present

> Bertorelli & Company
> Certified Public Accountants
>     Position:   Senior Tax Associate
>     Dates:       January, 1998 to December, 2002

> Chek Tan & Company
> Certified Public Accountants
>     Position:   Staff Accountant
>     Dates:       January, 1996 to January, 1998

**Theodore F. Fadel, Certified Public Accountant**

<u>Employment History</u>

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Staff Accountant
   Dates:     January, 2010 to Present

Holtz Rubenstein Reminick LLP
   Position:   Staff Accountant
   Dates:     October, 2008 to April, 2009

# BANKRUPTCY ESTATE OF SWIFT INSTRUMENTS, INC.
## (11/2/2011 to 1/4/2013)

|  | HOURS | AMOUNT |
|---|---|---|
| Case Administration | 0.50 | $193.00 |
| Corporate Tax Preparation 2011 and 2012 | 9.60 | $2,164.00 |
| Subtotal | 10.10 | $2,357.00 |
| Expenses |  | $131.92 |
| TOTAL |  | $2,488.92 |

# EXHIBIT A

## BANKRUPTCY ESTATE OF SWIFT INSTRUMENTS, INC. - CASE ADMINISTRATION

January 04, 2013                                      Invoice # 7403

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 0.30 | 390.00 | $117.00 |
| Richard L. Pierotti | 0.20 | 380.00 | $76.00 |

| | | |
|---|---|---|
| **Total Fees** | | $193.00 |
| **Total Expenses** | | $131.92 |
| **GRAND TOTAL** | | $324.92 |

**EXHIBIT A**

# BANKRUPTCY ESTATE OF   SWIFT INSTRUMENTS, INC. - CASE ADMINISTRATION

January 04, 2013

**Professional Fees**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| | Richard L. Pierotti | | |
| 12/12/2011 | Telephonic appearance at 1st interim fee application hearing | 0.20 380.00/hr | 76.00 |
| 1/4/2013 | Preparation of 2nd and Final fee application | 0.30 390.00/hr | 117.00 |
| | Subtotal: | 0.50 | 193.00 |
| | **Total Fees:** | **0.50** | **$193.00** |

**Additional Costs**

| | Expenses | |
|---|---|---|
| 1/4/2013 | Case Expenses  from 11/2/2011 to 1/4/2013 (See details following page). | 131.92 |
| | Subtotal: | 131.92 |
| | **Total expenses:** | **$131.92** |
| | **Total amount of this bill:** | **$324.92** |

| DATE | | COPIES | (AT COST) POSTAGE | FEES & OTHER | INITIAL |
|------|------|--------|------------------|--------------|---------|
| **CASE NAME: SWIFT INSTRUMENTS, INC. (11/2/2011 to 1/4/2013)** | | | | | |
| | **Mailing Tax Returns to Trustee for signatures** | | | | |
| 9/15/12 | 2011 | | $5.40 | | |
| 1/4/13 | 2012 | | $5.60 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **Mailing Tax Returns to IRS, FTB & Special Procedures** | | | | |
| 9/11/12 | 2011 | | $26.40 | | |
| 9/9/99 | 2012 | | $26.40 | | |
| | | | | | |
| | | | | | |
| 11/3/11 | Mail 1st Interim FA to Bankruptcy Court, US Trustee, | | $9.92 | | |
| | Trustee & Attorney | | | | |
| | | | | | |
| 9/9/99 | Mail 2nd and Final FA to Bankrutpcy Court & US Trustee | 56 | $3.40 | | |
| | | | | | |
| | | | | | |
| 12/12/11 | Costs for Bankruptcy Court call for Fee Application | | | $30.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Copies from Machine Counter | 68 | | | |
| | **Total Copies** | 124 | | | |
| | x | $0.20 | | | |
| | **Sub-Total** | $24.80 | $77.12 | $30.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **SUMMARY** | | | | |
| | Copies | $24.80 | | | |
| | Postage at actual cost | $77.12 | | | |
| | Fees & Other | $30.00 | | | |
| | **GRAND TOTAL** | $131.92 | | | |
| | | | | | |

Expenses-Blank

**EXHIBIT A**

## BANKRUPTCY ESTATE OF   SWIFT INSTRUMENTS INC- CORORATE TAX PREPARATION 2011 & 2012

January 04, 2013                                        Invoice #  7403

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Bang L. Zhu, Senior Accountant | 2.80 | 250.00 | $700.00 |
| Richard L. Pierotti | 0.70 | 390.00 | $273.00 |
| Richard L. Pierotti | 1.20 | 380.00 | $456.00 |
| Theo Fadel | 4.90 | 150.00 | $735.00 |

**Total Fees**                                                            $2,164.00

**Total Expenses**                                                        $0.00

**GRAND TOTAL**                                                           $2,164.00

**EXHIBIT A**

# BANKRUPTCY ESTATE OF   SWIFT INSTRUMENTS INC- CORORATE TAX PREPARATION 2011 & 2012

January 04, 2013

Invoice # 7403

**Professional Fees**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Ben L. Zhu** | | | |
| 1/4/2013 | Summarize Form 2 transactions and preparation of 2012 Federal and California corporate income tax returns | 2.80<br>250.00/hr | 700.00 |
| | Subtotal: | 2.80 | 700.00 |
| **Richard L. Pierotti** | | | |
| 3/13/2012 | Preparation of 2012 Federal income tax extension | 0.20<br>380.00/hr | 76.00 |
| 8/22/2012 | E-mail Trustee for information necessary to complete 2011 tax returns(.10).  Review Form 2 and instruct staff member in tax preparation(.20) | 0.30<br>380.00/hr | 114.00 |
| 9/4/2012 | Review 2011 Federal and California corporate income tax returns; draft disclosure notes for tax returns | 0.70<br>380.00/hr | 266.00 |
| 1/4/2013 | Review 2012 Federal and California corporate income tax returns; draft disclosure notes for tax returns | 0.70<br>390.00/hr | 273.00 |
| | Subtotal: | 1.90 | 729.00 |
| **Theo Fadel** | | | |
| 3/12/2012 | Preparation of 2011 Federal Income Tax Extension. | 0.30<br>150.00/hr | 45.00 |
| 4/14/2012 | Prepare 2012 estimated payment voucher, California Form 100-ES & filing instructions. | 0.30<br>150.00/hr | 45.00 |
| 8/29/2012 | Preparation of 2011 Income Tax Returns. | 4.30<br>150.00/hr | 645.00 |
| | Subtotal: | 4.90 | 735.00 |

**EXHIBIT A**

**BANKRUPTCY ESTATE OF   SWIFT INSTRUMENTS INC- CORORATE**
**TAX PREPARATION 2011 & 2012**                        3

January 04, 2013                                    Invoice #  7403

|                | Hours | Amount |
|----------------|-------|--------|
| **Total Fees:** | **9.60** | **$2,164.00** |

# KOKJER, PIEROTTI, MAIOCCO & DUCK, LLP

### CERTIFIED PUBLIC ACCOUNTANTS

RALPH L. KOKJER, JR. (1912-2009)
RICHARD L. PIEROTTI, JR.
FRANK J. MAIOCCO (Ret.)
CHARLES DUCK, JR.

MEMBERS
AMERICAN INSTITUTE
CERTIFIED PUBLIC ACCOUNTANTS

333 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
PHONE (415) 981-4224
FAX (415) 981-2749

838 ESCOBAR STREET
MARTINEZ, CA 94553
PHONE (925) 228-6040
FAX (925) 228-5515

January 4, 2013

Carol W. Wu, Trustee
25A Crescent Drive #413
Pleasant Hill, CA 94523

Re: Swift Instruments, Inc.
Case Number: 06-50896 CN

Dear Carol,

Attached please find our 2nd and Final Application for Compensation in the Swift Instruments, Inc. case. Our fees are $2,357.00 and expenses are $131.92. The application period is November 2, 2011 through January 4, 2013.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you do not have any questions or comments, please sign the Trustee's Statement on page 8 and fax it back to me at 415-981-2749. Thank you for getting us involved in the case.

Sincerely,

/s/ Richard Pierotti

Richard Pierotti
Kokjer, Pierotti, Maiocco & Duck LLP

Enclosure